[No. 9937. Department One. — June 26, 1885.]

J. W. SALLEE, APPELLANT, v. L. T. CORDER, RESPONDENT.

DESERT LAND — ENTRY — RIGHT OF POSSESSION. — Desert land duly entered under the Act of Congress of March 3, 1877, and on which twenty-five cents per acre has been paid, is reserved from entry under other laws, and the intended purchaser has the right of possession for three years from the date of his entry.

APPEAL from a judgment of the Superior Court of the county of San Bernardino.

The action was brought to recover possession of the northwest quarter of section 6, township 1 south, range 6 west of San Bernardino base and meridian. The plaintiff on the 15th of

April, 1882, had entered the land in controversy under and in compliance with the Act of Congress of March 3, 1877, entitled "an act to provide for the sale of desert lands in certain States and Territories," made valuable improvements thereon, and continued in the occupation thereof until ousted by the defendant. On the trial in addition to the above facts, the plaintiff gave evidence that the books in the United States land office showed a memoranda dated the 16th of June, 1884, giving a notice of contest by the defendant of the plaintiff's claim to the land in dispute and rested. Thereupon the defendant moved for a nonsuit, which was granted by the court.

*Hight & Fording,* for Appellant.

Plaintiff was entitled to the possession of the land in controversy for the period of three years from the date of his entry. (Desert Land Act of March 3, 1877; Code Civ. Proc. § 1925.) Plaintiff's certificate of purchase established a *prima facie* case for him. (*Sacramento Savings Bank* v. *Hynes,* 50 Cal. 195.)

*J. D. Bethune,* and *W. A. Harris,* for Respondent.

The COURT. — The case shows that the section of land, part of which is demanded in this action, was "duly entered by plaintiff as desert land on the 15th of April, 1882, and twenty-five cents per acre paid thereon by plaintiff to the United States government for each and every acre of said section." Land thus entered under the act "to provide for the sale of desert lands," etc. (Supplement to Rev. Stats. U. S. 1874–1881, p. 289, ch. 107), is reserved from entry under other laws, and gives the right of possession for three years to the proposed purchaser. The plaintiff herein was, therefore, entitled to recover. The fact that defendant, after the commencement of this action, claimed (as appears from a memorandum upon the books of the "United State land office at Los Angeles") a portion of the land as a pre-emptor constituted no defense.

Judgment reversed and cause remanded for a new trial.